UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROSARIA NILES and SALVATORE A. BONO,

                Plaintiffs,          **ORDER**
                                                    CV 09-3638(JFB)(ARL)
    -against-

WILSHIRE INVESTMENT GROUP, LLC, *et al.*,

                Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is plaintiffs' letter application dated January 11, 2011, requesting (i) a pre-motion conference for leave to file a motion to compel discovery, and (ii) a 30-day extension of time to file their opposition brief.

      Plaintiff's application for a pre-motion conference is denied at this time. As set forth in this court's order dated December 1, 2010, plaintiffs' motion to compel discovery may be renewed following the outcome of the pending motions to dismiss the First Amended Complaint.

      Plaintiff's motion for a 30-day extension of time to file their opposition brief is granted. Plaintiffs are directed to serve their opposition to defendants' motions to dismiss in a single, 50-page opposition brief on or before February 20, 2011. Defendants are directed to serve their replies on plaintiffs and re-file all papers (i.e., defendants' moving papers, plaintiffs' opposition, and defendants' reply papers) on ECF and provide courtesy copies of the moving papers to the undersigned on or before March 18, 2010.

Dated: Central Islip, New York            **SO ORDERED:**
       January 19, 2011

                                                _____/s_____
                                               ARLENE R. LINDSAY
                                               United States Magistrate Judge